THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| USA, | CASE NO. CR16-0056 JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DANIEL DEREK BROWN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue trial (Dkt. No. 18). Defendant moves the Court to continue the trial date from May 2, 2016, to September 26, 2016, and the pretrial motions deadline from March 31, 2016, to August 29, 2016. Defendant has signed and executed a waiver of his speedy trial rights under the Sixth Amendment and the Speedy Trial Act. (Dkt. No. 19.) The Government does not object to the continuance. (Dkt. No. 18 at 1.)

Having thoroughly considered the motion papers, Defendant's waiver, and the relevant record, the Court hereby GRANTS the motion. The Court finds that the interests of justice would

be served in allowing the trial, as well as the pretrial motions deadline, to be continued due to the considerations outlined in 18 U.S.C. § 3161(h)(7)(B)(iv). Defense counsel has indicated that she requires additional time to prepare for trial so that she can review, understand, and investigate discovery provided by the Government. (Dkt. No. 18 at 2.) These due process considerations "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

Thus, the period of delay from the filing of the motion on March 31, 2016 to the new trial date of September 26, 2016 is excludable time under 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED this 1st day of April 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk