THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR16-0056-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| DANIEL DEREK BROWN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial date (Dkt. No. 52) and Defendant's speedy trial waiver (Dkt. No. 50). The parties request the stipulated facts bench trial be moved to May 2, 2017 at 10:00 a.m. (Dkt. No. 52 at 1.) This motion is GRANTED.

DATED this 25th day of April 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk