THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL DEREK BROWN,<br><br>　　　　　Defendant. | CASE NO. CR16-0056-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant Daniel Derek Brown recently filed two letters with the Court, addressed to Judge Coughenour. (Dkt. Nos. 56 and 57.) It is unclear to the Court whether these letters were intended to be a motion for withdrawal and/or substitution of counsel. To the extent that Defendant wishes to move for appointment of new counsel, the Court notifies Defendant that pursuant to Local Civil Rule 83.2(b)(5)[1],

> When a party is represented by an attorney of record in a case, the party cannot appear or act on his or her own behalf in that case . . . until after the party requests by motion to proceed on his or her own behalf, certifies in the motion that he or she has provided copies of the motion to his or her current counsel and to the opposing party, and is granted an order of substitution by the court terminating the party's attorney as counsel and substituting the party in to proceed pro se.

---

[1] Local Civil Rule 83.2 applies to criminal matters. Local Criminal Rule 1(a).

MINUTE ORDER CR16-0056-JCC
PAGE - 1

Should Defendant wish to move for appointment of new counsel, or represent himself pro se, his attorney must file a motion or he must comply with the process set forth in Local Civil Rule 83.2(b)(5).

DATED this 11th day of May 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk