UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL DEREK BROWN,<br><br>        Defendant. | CASE NO. CR16-0056-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion to dismiss the indictment (Dkt. No. 82). In *United States v. Brown*, No. 17-30191 (9th Cir. 2019), the Ninth Circuit reversed this Court's denial of Defendant's motion to suppress. Thereafter, the Ninth Circuit denied the Government's petition for panel rehearing (Dkt. No. 82), and issued a mandate reversing the Court's order (Dkt. No. 83). Pursuant to Federal Rule of Criminal Procedure 48(a), the Government now asks for leave to dismiss all charges against Defendant without prejudice.

Pursuant to the Government's motion and Federal Rule of Criminal Procedure 48(a), the Court DISMISSES all counts in this case without prejudice. The Clerk is DIRECTED to close this case.

//

//

//

1       DATED this 27th day of July 2019.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE